UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW DOUGLAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STACEY COLLINS, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:24-cv-00421-GMN-NJK<br><br>**ORDER** |

On February 26, 2024, the Court sent Plaintiff an advisory letter. Docket No. 2. The letter was returned as undeliverable, noting that Plaintiff had escaped from High Desert State Prison. Docket No. 3 at 1; Docket No. 3-1 at 1. Plaintiff has not filed his updated address with the Court. Nevada Local Rule IA 3-1 instructs that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Failure to comply with this rule "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

Accordingly, Plaintiff is hereby **ORDERED** to file his updated address with the Court no later than **March 22, 2024.** FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.

IT IS SO ORDERED.

Dated: March 5, 2024

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE