UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW DOUGLAS,

          Plaintiff,

vs.

STACEY COLLINS, *et al.*,

          Defendants.

Case No.: 2:24-cv-00421-GMN-NJK

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 6), from United States Magistrate Judge Nancy J. Koppe, which recommends dismissing this case without prejudice because Plaintiff has failed to update his address.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Plaintiff filed his Complaint and IFP application while at High Desert State Prison. (Compl., ECF No. 1).  The following week, however, the Court received notification that

Plaintiff escaped from prison, so the Court mail was returned as undeliverable. (Notice, ECF No. 3). The Magistrate Judge ordered Plaintiff to file his updated address with the Court no later than March 22, 2024, but the Order was returned as undeliverable. (MJ Order, ECF No. 4); (Notice, ECF No. 5). The Magistrate Judge then recommended the case be dismissed without prejudice, and the Report and Recommendation was again returned as undeliverable. (*See* R&R, ECF No. 6); (Notice, ECF No. 7). Unsurprisingly, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 6) (setting April 8, 2024, deadline for objections). Thus, the Court DISMISSES Plaintiff's claims without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 6), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

The Clerk of Court is kindly requested to close the case.

Dated this 10 day of April, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court